UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELLIOTT SCOTT, | ) | No. CV 13-8362 FMO (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| RALPH M. DIAZ, Warden, Corcoran, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: <u>December 19, 2014</u>

/s/<br>
FERNANDO M. OLGUIN<br>
United States District Judge